IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
NOV 13 2026
FILED

UNITED STATES OF AMERICA *
*
v. * CR 122-046
*
WILLIE A. ROBINSON *

# O R D E R

On October 20, 2026, Defendant Willie A. Robinson filed a motion for early termination of his term of supervised release. As a result of a highly favorable plea deal reducing the charges, Defendant was sentenced in the Eastern District of Kentucky on one count of possession with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin. In May 2015, Defendant was sentenced to serve 120 months of imprisonment followed by ten years of supervised release.

Defendant was released to a halfway house in January 2021, then home confinement. He began his supervised release term on April 21, 2022; this district assumed jurisdiction over Defendant's supervised release on May 26, 2022. At present, Defendant has not served even half of his term.

While Defendant has been compliant with the terms and conditions of his supervised release, the Government objects to early termination. The Court agrees and concludes that continued

supervision will not only benefit the community and the Defendant himself, but it serves the sentencing factors of 18 U.S.C. § 3553(a) in protecting the public and providing adequate deterrence. In short, Defendant's motion is premature. Given the seriousness of Defendant's offense and his criminal history, the Court will not entertain an early termination motion until he has served over seven years.

Upon the foregoing, Defendant Robinson's motion for early termination of supervised release (doc. 2) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA